# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL PERAZA, | : | Civil No. 3:13-CV-997 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |
| PAUL PERAZA, | : | Civil No. 3:13-CV-1316 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |
| PAUL PERAZA, | : | Civil No. 3:15-CV-1830 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |

## **MEMORANDUM AND ORDER**

These three lawsuits were referred to the undersigned on January 18, 2019. Examination of the dockets reveal that there has been no substantive action in any of

these lawsuits since February 2017. Accordingly, IT IS ORDERED that the parties shall file status reports in these three cases on or before **February 22, 2019** which:

1. Provide the current status of these lawsuits;

2. Provide a proposed schedule for the expedited resolution of this litigation; and

3. Explain why these cases either should, or should not, be dismissed for failure to prosecute.

The plaintiff, who is proceeding *pro se,* is placed on notice that a failure to comply with this direction may result in the dismissal of this case pursuant to Ruel 41 for failure to prosecute.

SO ORDERED, this 4th day of February 2019.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge